UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 06-076-02 (NLH) |
| v. : | |
| : | |
| AHMED JUDGE : | ORDER |

Ahmed Judge having filed a motion seeking a reduction in sentence pursuant to Section 404 of the First Step Act, ECF 436 & 448; the United States having filed its response on May 5, 2023, ECF 498; and for good cause shown;

IT IS ORDERED on this 22ⁿᵈ day of May, 2023, that

The Defendant's request for an extension of time to file a reply to the Government's response in opposition to the Defendant's First Step Act motion is hereby GRANTED, and the Defendant shall file his reply on or before June 22, 2023.

_____
HONORABLE NOEL L. HILLMAN
Senior United States District Judge